**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Damacio ANDRADE–CASTANEDA,
Defendant–Appellant.**

No. 04–11035.

United States Court of Appeals,
Fifth Circuit.

Decided May 9, 2005.

Susan B. Cowger, Tamara Lynn Reno, Dallas, TX, for Plaintiff–Appellee.

Nancy E. Larson, Assistant U.S. Attorney, Fort Worth, TX, Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand the case to the United States District Court for the Northern District of Texas, Dallas Division for resentencing is granted.

IT IS FURTHER ORDERED that the Appellees unopposed motion to correct the record to include page 10 of the indictment is granted.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.